UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDRE JONES,

                Movant,

      -against-

UNITED STATES OF AMERICA,

                Respondent.

19-CV-9376 (LGS)

17-CR-770-1 (LGS)

ORDER TO ANSWER, 28 U.S.C. § 2255

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/12/2019

LORNA G. SCHOFIELD, United States District Judge:

      WHEREAS, the Government filed a response to Defendant's motion to vacate, correct or set aside his sentence on December 10, 2019 (see Dkt. No. 36, 17-CR-770-1).

      The Clerk of Court is respectfully requested to mail a copy of this Order and the Government's response at Dkt. No. 36, 17-CR-770-1, to Andre Jones via certified mail.

SO ORDERED.

Dated:    December 12, 2019
            New York, New York

                                            **LORNA G. SCHOFIELD**
                                          **UNITED STATES DISTRICT JUDGE**